IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER CLAAR,

Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

Defendant.

Case No. 24-cv-2147 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/28/2024**          MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**